

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| GERONIMO FRANCISCO RIVERA A/K/A GERONIMO FRANCISCO RIVERA-LOZOYA, | § | No. 08-19-00223-CR |
|  | § | Appeal from the |
| Appellant, | § | 171st District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20150D05113) |
| State. | § |  |
|  | § |  |

# **O R D E R**

The Court on its own motion cancels the hearing on the order to show cause that was set for December 23, 2020 at 2:00 p.m.

IT IS SO ORDERED this 22nd day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.